IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MONTE M. McCORD,                )
                                )
         Plaintiff,             )
                                )
v.                              )   No. CIV-06-708-L
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Administration,                 )
                                )
         Defendant.             )

# **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits and supplemental security income under the Social Security Act. Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Robert E. Bacharach for initial decision. On March 28, 2007, Judge Bacharach issued a Report and Recommendation recommending that the Commissioner's decision be affirmed.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed. Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should

1

be adopted in its entirety. The decision of the Commissioner is therefore AFFIRMED. Judgment will issue accordingly.

It is so ordered this 23rd day of April, 2007.

_____
TIM LEONARD
United States District Judge